# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: CORALY SERRANO SERRANO

Bkrtcy. No. 11-03176-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | | |
|---|---|---|---|
| Petition Filing Date: Apr 14, 2011 | Meeting Date: May 19, 2011 | DC Track No. 9 | |
| Days from petition date: 35 | Meeting Time: 10:00 AM | | |
| 910 Days before Petition: 10/16/2008 | ☐ Chapter 13 Plan Date: Apr 14, 2011 Dkt.# 2 | ☐ Amended. | |
| This is debtor(s) 3 Bankruptcy petition. | Plan Base: $21,000.00 | | |
| This is the 1 Scheduled Meeting | Confirmation Hearing Date: Jun 15, 2011 | Time: 2:00 PM | |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No.   Date   Amount | Total Paid In: $150.00 | |

**I. Appearances:** ☐ Telephone ☐ Video Conference   ☐ Creditor(s) present:   ☒ None.
- ☒ Debtor Present  ☒ ID & Soc. OK  ☐ Debtor Absent
- ☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
- Debtor(s) was/were  ☒ Examined  ☐ Not Examined under oath.
- Attorney for Debtor(s)  ☒ Present  ☐ Not Present
- ☐ Substitute attorney: M. Vega   ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
- Total Agreed: $3,000.00   Paid Pre-Petition: $546.00   Outstanding: $2,454.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:**   ☐ For Failure to appear;   ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.   Liquidation Value: $6,698.00
- Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: N/A
- The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)]   ☒ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☒ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Tax returns requirements. [§1308] _____
- ☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

① Submit evidence of filing tax return 2010 Reviewed at 341 hearing.

② Liq. Value arises since no exemption was taken over property § 522(d)(1) if taken L.V. will be zero.

/s/ José R. Carrión
Trustee                Presiding Officer          Page 1 of 1          Date: May 19, 2011