UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>CORALY SERRANO SERRANO<br>XXX-XX-2940<br><br>DEBTOR (S) | CASE NO. 11-03176-ESL<br><br>CHAPTER 13 |

TRUSTEE'S OBJECTION TO CLAIM #04-1
FILED BY (OR ON BEHALF OF):BANCO SANTANDER DE PR

TO THE HONORABLE COURT:

   The Trustee objects to Claim #04-1, filed on June 14, 2011 for the amount of $105,594.00, classified as SECURED on the following grounds:

• Failure to comply with BR 3001(c), no written evidence of the claimed debt was filed with the proof of claim.
• Failure to comply with BR 3001(d), no evidence of perfection of claimed security interest was filed with the proof of claim.

   WHEREFORE the Trustee respectfully prays that this motion be granted for the reason herein set forth and that an order be entered:
   Disallowing objected Claim.

   30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

   In San Juan, Puerto Rico this Monday, July 11, 2011.

                                        /s/ Jose R. Carrion
                                         JOSE R. CARRION
                                         CHAPTER 13 TRUSTEE
                                         PO Box 9023884, Old San Juan Stat.
                                         San Juan, PR 00902-3884
                                         Tel. (787) 977-3535
                                         Fax  (787) 977-3550

VERIFIED STATEMENT

The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies that on this same date, I personally and duly notified a true and exact copy of the attached motion to each party below listed.

| | |
|---|---|
| CORALY SERRANO SERRANO<br>HACIENDA FLORIDA II<br>146 JACARANDA STREET<br>SAN LORENZO, PR  00754 | BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN, PR  00936-2589 |

ROBERTO FIGUEROA CARRASQUILL*
PO BOX 193677
SAN JUAN, PR  00919-3677


In San Juan, Puerto Rico this Monday, July 11, 2011.

*Olga Sosa*
_____
Chapter 13 Clerk